# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMALIA SIBLE, on behalf of herself and all others similarly situated, | Case No. 4:12-cv-00660 |
| Plaintiff, | |
| v. | |
| L.A. FITNESS INTERNATIONAL, LLC, (a/k/a Fitness International, LLC) | |
| Defendant. | |

## ORDER

Before the court is the parties' joint Motion to Transfer.  (Dkt. No. 5).  In their motion, the parties agree that this case should be transferred to the U.S. District Court for the Eastern District of Pennsylvania, where two virtually identical cases are currently pending. Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to transfer this case to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED**.

**SIGNED this the 14th day of January, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE